JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>HUMBERTO VELOZ-MANZO,<br>  a/k/a Humberto Veloz and<br>  a/k/a Humberto Veluz,<br>    Defendant. | Criminal No. CR 09-0240 MHP<br><br>[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 16, 2009, TO MAY 18, 2009 |

    The parties appeared before the Honorable Marilyn Hall Patel on March 16, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 16, 2009, to May 18, 2009, in light of the need for defendant's counsel to review discovery and because the defendant is contemplating a collateral challenge to the underlying order of removal entered against him in immigration proceedings. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0240 MHP

counsel to review the discovery with the defendant. Such exclusion is also warranted in order to conclude other proceedings concerning the defendant. 18 U.S.C. § 3161(h)(1).

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 16, 2009, to May 18, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Such exclusion is also necessary to conclude other proceedings concerning the defendant. 18 U.S.C. § 3161(h)(1).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 16, 2009, to May 18, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: March 16, 2009        /s/
                                DANIEL BLANK
                                Counsel for Marcos Isaias Moreno-Robles

DATED: March 16, 2009        /s/
                                DARYL T. EREMIN
                                Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 3/17/2009        _____
                                THE HONORABLE MARILYN H. PATEL
                                United States District Judge



[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0240 MHP            2