JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 09-0240 MHP |
|    Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 2, 2009, TO NOVEMBER 16, 2009 |
| HUMBERTO VELOZ-MANZO, ) a/k/a Humberto Veloz and ) a/k/a Humberto Veluz, ) | |
|    Defendant. ) | |

     The parties appeared before the Honorable Marilyn Hall Patel on November 2, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 2, 2009, to November 16, 2009, in light the defendant and his counsel's need to further consult with the defendant's immigration counsel in light of the Court's order denying his motion to dismiss the indictment. The defendant's immigration counsel has been unavailable and unable to consult with defendant's counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0240 MHP

preparation, taking into account the exercise of due diligence and the need for the defendant and his counsel to consult with the defendant's immigration counsel regarding the Court's order denying the defendant's motion to dismiss the indictment. Furthermore, failure to grant the requested continuance would deny the defendant continuity of his counsel in light of his immigration counsel's unavailabilty. 18 U.S.C. § 3161(h)(7)(B)(iv).

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 2, 2009, to November 16, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 2, 2009, to November 16, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: November 2, 2009         /s/
                                DANIEL BLANK
                                Counsel for Humberto Veloz-Manzo

DATED: November 2, 2009         /s/
                                DARYL T. EREMIN
                                Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/4/2009



MARILYN H. PATEL
United States District Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0240 MHP                  2